UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 15-13441-( ) |
| BUCKINGHAM OIL INTERESTS, INC., | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |

**UNITED STATES TRUSTEE'S EMERGENCY ASSENTED TO MOTION
FOR THE ENTRY OF AN ORDER DIRECTING
THE APPOINTMENT OF A CHAPTER 11 TRUSTEE**

William K. Harrington, the United States Trustee for Region One, hereby files this Motion for the Entry of an Order Directing the Appointment of a Chapter 11 Trustee under 11 U.S.C. §§ 1104(a)(1) and/or (a)(2) for Buckingham Oil Interests, Inc. ("Debtor"). The United States Trustee asserts that "cause" exists for the appointment of a Chapter 11 trustee and/or that the appointment is in the best interests of creditors and other interested holders of claims due to, among other things, the current void in management of the Debtor. Based upon statements of counsel to the Debtor, the Debtor assents to the relief requested in this motion.

The United States Trustee seeks consideration of this motion on an emergency basis due to ongoing business activities which require the immediate attention of a fiduciary as early as September 3, 2015.

**JURISDICTION, VENUE AND LEGAL BASIS FOR RELIEF**

1.  The Court has jurisdiction over this matter under 28 U.S.C. 157 and 1334. This is a core proceeding under 28 U.S.C. 157(b)(2)(A).

2.  Venue is proper in this court under 28 U.S.C. 1408 and 1409. The legal basis for relief includes 28 U.S.C. § 586(a)(3) and 11 U.S.C. § 1104(a).

1

## FACTS

3.      The Debtor filed its voluntary chapter 11 petition ("Petition") on September 1, 2015 (the "Petition Date"). *Docket #1*.

4.      On information and belief, the Debtor is in the business of, among other things, investing in oil wells and related assets. In addition, on information and belief, as a regular part of its business, the Debtor solicits funds from third parties who participate with the Debtor in its oil well investments. Prior to the commencement of this case, the Debtor and its investments were operated by Darryl Buckingham who was assisted by just two administrative employees.

5.      Darryl Buckingham died on Wednesday, August 19, 2015 and shortly after his death the Securities Exchange Commission commenced an investigation into the Debtor's business affairs. In the wake of Mr. Buckingham's death, Janet Buckingham, his widow, is now the sole shareholder, director and officer of the Debtor. Mrs. Buckingham, on information and belief, lacks the experience and expertise to preserve and maintain the Debtor's oil well investments and other assets during this case.

6.      Compounding matters, **beginning as early as September 3, 2015**, the Debtor faces imminent funding and other deadlines that require immediate attention if the assets of this estate are to be preserved for creditors and other stake holders. Under the circumstances, the immediate appointment of a Chapter 11 Trustee is needed to protect this estate and its creditors.

7.      As set forth above, **the Debtor assents to the appointment of a Chapter 11 trustee.**

## ARGUMENT

8.      Sufficient grounds exist to appoint a chapter 11 trustee in this case under Section 1104(a)(1) and (a) (2). "Cause" exists for the appointment of a Chapter 11 trustee due to, among

other things, the current void in the Debtor's management due to the death of the sole individual conducting the Debtor's business operations and with sole knowledge of the day-to-day operations of the Debtor.

9. Appointment of a Chapter 11 Trustee is also in the best interests of creditors due to the Debtor's lapse in management and the imminent funding and other deadlines facing the Debtor. Section 1104(a)(2) mandates the appointment of a chapter 11 trustee, if doing so is "in the interests of creditors . . . ." 11 U.S.C. 1104(a)(2). Courts have construed subsection (a)(2) to provide for a "flexible standard" and have "allow[ed] the appointment of a trustee even when no "cause exists." *See e.g. In re Sharon Steel Corp.,* 871 F.2d at 1226. *See also In re Ionosphere Clubs, Inc.,* 113 B.R. 164 (Bankr. S.D.N.Y. 1990). Subsection (a)(2) emphasizes the court's discretion allowing it to appoint a trustee when to do so would serve the parties' and the estates' interests." *Id.*

10. For all of the foregoing reasons, the United States Trustee submits that the appointment of a Chapter 11 trustee is in the interests, indeed the paramount interests, of creditors, as well as other stakeholders and the Debtor.

## REQUESTED RELIEF

For these reasons, the United States Trustee requests that the Court enter orders: i) directing the appointment of a Chapter 11 trustee; and ii) granting him such other and further legal and equitable relief to which he may be entitled.

|  |  |
|---|---|
| Date: September 1, 2015 | Respectfully submitted,<br><br>WILLIAM K. HARRINGTON<br>United States Trustee, Region One<br><br>By:   */s/ Jennifer L. Hertz*<br>       Jennifer L. Hertz, BBO 645081<br>       United States Department of Justice<br>       Office of the United States Trustee<br>       John W. McCormack Post Office & Courthouse<br>       5 Post Office Square, Ste. 1000<br>       Boston, MA 02109<br>       (617) 788-0412<br>       Email: Jennifer.L.Hertz@usdoj.gov |

## CERTIFICATE OF SERVICE

      I certify that on September 1, 2015, true and correct copies of the foregoing motion were served via CM/ECF only upon the individuals who have filed notices of appearance in the Court's CM/ECF database, including the debtor's attorney, who is identified below.

                                   Respectfully submitted,

Date: September 1, 2015                WILLIAM K. HARRINGTON
                                   United States Trustee, Region One

                         By:    */s/ Jennifer L. Hertz*
                                 Jennifer L. Hertz, BBO 645081
                                 United States Department of Justice
                                 Office of the United States Trustee
                                 John W. McCormack Post Office & Courthouse
                                 5 Post Office Square, Ste. 1000
                                 Boston, MA 02109
                                 (617) 788-0412
                                 Email: Jennifer.L.Hertz@usdoj.gov

**VIA ECF**

Francis C. Morrissey on behalf of Debtor Buckingham Oil Interests, Inc.
fcm@mwzllp.com


**VIA PRIORITY OVERNIGHT MAIL**

First Financial Bank, N.A.
Southwest Office
P.O. Box 5291
San Angelo, TX  76902-5291

As well as the parties on the attached list

**ARC-Coolangatta Land**
600 Leopard St.
Ste 1012
Corpus Christi, TX 78401

**Badger Energy, LLC**
P.O. Box 52745
Lafayette, LA 70505

**Brammer Engineering, Inc.**
400 Texas Street
Suite 600
Shreveport, LA 71101

**Don M. Connally**
402 Cypress
Suite 405
Abilene, TX 79601

**Earthstone Energy, Inc.**
633 17th St
Suite 2320
Denver, CO 80202

**Firstrike Energy Corp**
PO Box 260538
Corpus Christi, TX
78426-0538

**GeoPetra Partners, LLC**
5605 N MacArthur Blvd
Suite 720
Irving, TX 75038

**Goldston Oil Corporation**
1819 St James Place
Houston, TX 77056

**Houston Energy L.P.**
1200 Smith St.
Ste 2400
Houston, TX 77002

**Hurd Enterprises**
7373 Broadway
Suite 200
San Antonio, TX 78209

**Interstate Explorations, Inc.**
1331 Lamar Street
Suite 1370
Houston, TX 77010

**LLOX, LLC**
1001 Ochsner Blvd
SUite A
Covington, LA 70433

**New Century Exploration, Inc.**
8500 Cypresswood Drive

**Suite 104**
**Spring, TX 77379**

**Rincon Petroleum Corp**
**615 Leopard St**
**Ste 722**
**Corpus Christi, TX**
**78401-0651**

**Rust Oil Corporation**
**6300 Ridglea Place**
**Suite 904**
**Fort Worth, TX 76116**

**Seely Oil Company**
**815 W. 10th St.**
**Ft. Worth, TX 76102**

**SH Nebraska LLC**
**216 16th Street**
**Suite 1600**
**Denver, CO 80202**

**Sojourner Drilling**
**Corporation**
**PO Box 3234**
**Abilene, TX 79604**

**Spicewood Operating Co.,**
**LLC**
**19019 Hwy 71**
**West Spicewood, TX 78669**

**Yuma Exploration**
**1177 West Loop South**
**Suite 1825**
**Houston, TX 77027**