UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
|  | ) | Case No. 15-13441 |
| BUCKINGHAM OIL INTERESTS, INC., | ) ) |  |
| Debtor | ) ) |  |

**APPLICATION FOR AND CERTIFICATE OF**
**APPOINTMENT OF CHAPTER 11 TRUSTEE**

Pursuant to 11 U.S.C. §1104(a) and Fed. R. Bank. P. 2007.1, William K. Harrington, the United States Trustee for Region One: i) moves the Court to approve Charles A. Dale, III, Esq. to serve as Chapter 11 trustee ("Trustee") for Buckingham Oil Interests, Inc. (the "Debtor") and ii) subject to Court approval, certifies Mr. Dale's appointment as Trustee.

In support, the United States Trustee respectfully states as follows:

1. A voluntary Chapter 11 petition was filed by the Debtor on September 1, 2015.

2. On the same date, the Court entered an order directing the United States Trustee to appoint a Chapter 11 Trustee in the case.

3. Subject to Court approval, the United States Trustee has appointed Mr. Dale to serve as Trustee for the Debtor.

4. Counsel for the United States Trustee conferred with counsel to the Debtor regarding the potential individuals to be appointed as trustee. Counsel for the United States Trustee also conferred with a representative of the Debtor's sole alleged secured creditor, although the individual was not at that time able to suggest any potential trustee

1

appointments.

     5.     To the best of his knowledge, the United States Trustee is not aware that Mr. Dale has any connections with the Debtor, known creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee or any persons employed in the office of the United States Trustee, <u>except</u> as set forth in the verified statement ("Statement") that Mr. Dale will file with the Court on or before Tuesday, September 15, 2015.

     WHEREFORE, the United States Trustee prays that the Court indicate its approval of the appointment of Charles A. Dale, III, Esq. as Chapter 11 trustee for the Debtor by executing this Application in the space below.

                            Respectfully submitted,

                              William K. Harrington,
                              United States Trustee, Region One

By:   */s/ Jennifer L. Hertz*
       Jennifer L. Hertz  BBO#645081
       United States Department of Justice
       John W. McCormack Post Office and Courthouse
       5 Post Office Square, Suite 1000
       Boston, MA 02109
       PHONE:    (617) 788-0412
       FACSIMILE:  (617) 565-6368
       Jennifer.L.Hertz@usdoj.gov

Dated: September 1, 2015

Charles A. Dale, III, Esq. is directed to file his Statement under Fed. R. Bankr. P. 2007.1 with the Court on or before September 15, 2015.

The chapter 11 trustee bond is initially set at $350,000. The bond may require adjustment as the trustee collects and liquidates assets of the estate. The trustee shall immediately inform the United States Trustee when additional assets are collected so the United States Trustee can make a determination as to whether the bond is sufficient or changes are required.

The chapter 11 trustee is required to notify the court and the United States Trustee, in writing, within seven (7) days after receipt of this notice of his acceptance of this appointment.

**APPROVED:**

                                          Hon. Joan N. Feeney
                                          United States Bankruptcy Judge

September ___, 2015

### TRUSTEE'S ACCEPTANCE

Charles A. Dale, III, Esq. of K&L Gates, LLP, State Street Financial Center, One Lincoln Street, Boston, Massachusetts accepts the foregoing appointment as chapter 11 Trustee for the above Debtor and the duties and responsibilities of the Trustee and obligates himself and his sureties under the terms of the bond to be filed with the United States Bankruptcy Court.

                                          /s/ Charles A. Dale, III
                                          Charles A. Dale, III, Esq.

# CERTIFICATE OF SERVICE

I certify that on September 1, 2015, true and correct copies of the foregoing Application were served by CM/ECF upon the individuals who filed notices of appearance in the Court's CM/ECF database.

> Respectfully submitted,
>
> William K. Harrington,
> United States Trustee, Region One
>
> By:    */s/ Jennifer L. Hertz*
> Jennifer L. Hertz  BBO#645081
> United States Department of Justice
> John W. McCormack Post Office and Courthouse
> 5 Post Office Square, Suite 1000
> Boston, MA 02109
> PHONE:     (617) 788-0412
> FACSIMILE: (617) 565-6368
> Jennifer L. Hertz@usdoj.gov

Dated: September 1, 2015

**VIA ECF**

Francis C. Morrissey on behalf of Debtor Buckingham Oil Interests, Inc.
fcm@mwzllp.com

**VIA E-MAIL**
Charles A. Dale III, Esq.
cdale@klgates.com

Chuck Shore
First Financial Bank
cshore@ffin.com

And via overnight mail on the parties identified on the attached list.

**ARC-Coolangatta Land**
600 Leopoard St.
Ste 1012
Corpus Christi, TX 78401

**Badger Energy, LLC**
P.O. Box 52745
Lafayette, LA 70505

**Brammer Engineering, Inc.**
400 Texas Street
Suite 600
Shreveport, LA 71101

**Don M. Connally**
402 Cypress
Suite 405
Abilene, TX 79601

**Earthstone Energy, Inc.**
633 17th St
Suite 2320
Denver, CO 80202

**Firstrike Energy Corp**
PO Box 260538
Corpus Christi, TX
78426-0538

**GeoPetra Partners, LLC**
5605 N MacArthur Blvd
Suite 720
Irving, TX 75038

**Goldston Oil Corporation**
1819 St James Place
Houston, TX 77056

**Houston Energy L.P.**
1200 Smith St.
Ste 2400
Houston, TX 77002

**Hurd Enterprises**
7373 Broadway
Suite 200
San Antonio, TX 78209

**Interstate Explorations, Inc.**
1331 Lamar Street
Suite 1370
Houston, TX 77010

**LLOX, LLC**
1001 Ochsner Blvd
SUite A
Covington, LA 70433

**New Century Exploration, Inc.**
8500 Cypresswood Drive

**Suite 104**
**Spring, TX 77379**

**Rincon Petroleum Corp**
**615 Leopard St**
**Ste 722**
**Corpus Christi, TX**
**78401-0651**

**Rust Oil Corporation**
**6300 Ridglea Place**
**Suite 904**
**Fort Worth, TX 76116**

**Seely Oil Company**
**815 W. 10th St.**
**Ft. Worth, TX 76102**

**SH Nebraska LLC**
**216 16th Street**
**Suite 1600**
**Denver, CO 80202**

**Sojourner Drilling**
**Corporation**
**PO Box 3234**
**Abilene, TX 79604**

**Spicewood Operating Co.,**
**LLC**
**19019 Hwy 71**
**West Spicewood, TX 78669**

**Yuma Exploration**
**1177 West Loop South**
**Suite 1825**
**Houston, TX 77027**