# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Buckingham Oil Interests, Inc.         Case Number: 15-13441         Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#5 United States Trustee's Certificate of Appointment of Chapter 11 Trustee Charles A. Dale, III and Application for Approval of such Appointment. (Hertz, Jennifer)

**OUTCOME:**
_____Granted_____Denied_____Approved_____Sustained
_____Denied_____Denied without prejudice_____Withdrawn in open court_____Overruled
_____OSC enforced/released
_____Continued to:_____For:_____
_____Formal order/stipulation to be submitted by:_____Date due:_____
_____Findings and conclusions dictated at close of hearing incorporated by reference
_____Taken under advisement: Brief(s) due_____From_____
                              Response(s) due_____From_____
_____Fees allowed in the amount of: $_____Expenses of: $_____
_____No appearance/response by:_____
_____DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Application granted. The Court may reconsider the appointment following the filing of the Trustee's Verified Statement.

IT IS SO NOTED:                                      IT IS SO ORDERED:

_____                      _____ Dated: 09/01/2015
Courtroom Deputy                                      Joan N. Feeney, U.S. Bankruptcy Judge