ACH/Buckingham 2012, L.P.
2000 McKinney Avenue   Suite 600
Dallas, TX 75201

ACH/Buckingham 2012, L.P.
2000 McKinney Avenue Suite 600
Dallas, TX 75201

Albert M. Newell Living Trust
c/o Howard L. Newell, Trustee
P.O. Box 2589
Framingham, MA 01703

Alberto Vitale
135 Grace Trail
Palm Beach, FL 33480

Alda Limited Partnership
245 Amity Road
Suite 209
Woodbridge, CT 06525

Allan Grotheer
11 Golden Court
Cromwell, CT 06416

Allegro Investments, Inc.
1405 E. Mockingbird Ln.
Victoria, TX 77904

Allen Questrom
6505 Bandera Ave.
Drexel Park Hollow Apartments
Apt 2F
Dallas, TX 75225

Amber Towers
1703 W. 11th St.
Austin, TX 78703

Amir Moazami
7329 Vista Mountain Drive
Austin, TX 78731

Andrew Gnazzo
56 Sandy Pond Road
Lincoln, MA 01773

Ann C. McKinney
4568 Norwich Way
San Jose, CA 95130

Anthony Cashen
118 Old Ox Road
Ghent, NY 12075

Anvil Energy LLC
2205 Lauranne Ln.
Austin, TX 78733

ARC-Coolangatta Land
600 Leopoard St.
Ste 1012
Corpus Christi, TX 78401

Arnie Oil
204 Park Ave.
Suite 2B
Basalt, CO 81621

Aurora Resources Corporation
600 Leopard Street
Suite 1012
Corpus Christi, TX 78401

Avery Energy, LLC
100 Asma Blvd
Suite 100
Lafayette, LA 70508

Avery Enterprises, LLP
14065 Roller Coaster Road
Colorado Springs, CO 80921

AX Operating, LLC
PO Box 51582
Lafayette, LA 70505

AX Operating, LLC
P.O. Box 52149
Lafayette, LA 70505

Aylesbury Buckingham Oil 2006 - II
15 W. Aylesbury Road
Suite 700
Timonium, MD 21093

Aylesbury Buckingham Oil 2006 - III
15 W. Aylesbury Road
Suite 700
Timonium, MD 21093

Aylesbury Buckingham Oil II
15 W. Aylesbury Road
Suite 700
Timonium, MD 21093

Aylesbury Buckingham Oil IX, LP
15 W. Aylesbury Road
Suite 700
Timonium, MD 21093

Aylesbury Buckingham Oil VIII
15 W. Aylesbury Road
Suite 700
Timonium, MD 21093

Aylesbury Buckingham Oil X
15 W. Aylesbury Road
Suite 700
Timonium, MD 21093

Aylesbury Buckingham Oil, LLC
15 W. Aylesbury Road
Suite 700
Timonium, MD 21093

Badger Energy
P.O. Box 52745
Lafayette, LA 70505

Badger Energy, LLC
P.O. Box 52745
Lafayette, LA 70505

Barbara & Patrick Ohlheiser
235 Preston Street
Windsor, CT 06095

Bayless Producer, LLC
621 17th Street
Suite 2300
Denver, CO 80293

Bean Resouces, Inc.
P.O. Box 52768
Lafayette, LA 70505

Bell, Lee M
3613 Country Club Road
San Angelo, TX 76904

Benedikt Koch
An der Lopau 3
21385 Rehlingen
GERMANY

Benjamin Hinckley
46 Houston Ave., No. 2
Newport, RI 02840

Bernd Recker
68 Shoestring Bay Road
Mashpee, MA 02649

Betty Clark
43604 Habitat Circle
Leesburg, VA 20176

Betty Hung
401 Congress Ave.,
31st Floor
Austin, TX 78701

BOG Resources, L.P
18 Shiloh Road
Odessa, TX 79762

Brammer Engineering, Inc.
400 Texas Street
Suite 600
Shreveport, LA 71101

Brett Buckingham
891 County Rd 343
Merkel, TX 79536

Brian Smith
PO Box 2832
Edgartown, MA 02539

BTA Oil Producers, LLC
104 South Pecos
Midland, TX 79701

Buckingham Exploration, LLC
919 Congress Ave.
Suite 1310
Austin, TX 78701

Buckingham, Brett A
PO Box 74
Millersview, TX 76862

Buckingham, D. Andrew
800 West Avenue D
No. 2W
San Angelo, TX 76901

Buckingham, Danny P
2137 Office Park Dr
San Angelo, TX 76904

Buckingham, Darryl
800 West Avenue D
No. 2W
San Angelo, TX 76901

Buckingham, Dennis N
5622 Woodbine Lane
San Angelo, TX 76904

Buckingham, Janet
800 West Avenue D
No. 2W
San Angelo, TX 76901

Buffalo Natural Gas
500 North Shorline
Suite 1008N
Corpus Christi, TX 78471

Buffalo Natural Gas, LTD
500 North Shoreline
Suite 1008
Corpus Christi, TX 78471

Byrd Operating Co.
PO Box 2518
Midland, TX 76904

Byrd Operating Company
24 Smith Road
Suite 130
Midland, TX 79702

C. Bradford Jeffries Living Trust
101 California Street, 5th Floor
San Francisco, CA 94111

Calvin Dennison
3114 Honey Tree Lane
Austin, TX 78746

Cameron Gammill
87 Somerset Road
Nantucket, MA 02554

Campbell, Diarmid J
2114 Beverly Court

San Angelo, TX 76904

Carolyn Ilse Burklund
2634 Arroyo Doble
San Marcos, TX 78666

Carolyn Ilse Burklund, Trustee
Hunter Dickson Waltz Trust
2634 Arroyo Doble
San Marcos, TX 78666

Carter Utzig
1951 Sterling Road
Charlotte, NC 28209

CDB Enterprises, Inc.
Jim Barho
225 Chadwick Drive
Georgetown, TX 78628

Charles Cox
83 Riverside Drive
Norwell, MA 02061

Charles R. Davis
1164 Quince Avenue
Boulder, CO 80304

Chase, Stuart F
645 Plantation Court
Charlottesville, VA 22903

Chipman, Augustus M
12370 FM 2335
Knickerbocker, TX 76939

Chris Diorio
50 Murray St Apt 812
New York, NY 10007

Christine Paddock   Sawmill Flats, LLC.
C/O View Capital Advisors
2000 McKinney Ave.,
Suite 600
Dallas, TX 75201

Christy Strub
4702 Balcones Drive
Austin, TX 78731

Clark A. Johnson Estate
4041 Community Drive
Juniper, FL 34458

Clark, Danny C
9 North Monroe
San Angelo, TX 76901

Clint Bounds
4407 Buena Vista,
No. 11
Dallas, TX 75205

Commissiner of Public Lands
PO Box 1148

Santa Fe, NM 87504

Compton Properties
P.O. Box 419
Morrilton, AR 72110

Corey M. Gammill
113 Millport Avenue
New Canaan, CT 06840

Corsair, LLC
995 Sea View Avenue
Osterville, MA 02655

Curtis Flood
4201 Southwestern Street
Houston, TX 77005

Cypress Production, Inc.
313 West Main Street
Azle, TX 76020

Cyprus Drilling LLC
313 West Main Street
Azle, TX 76020

Cyprus Production
313 West Main Street
Azle, TX 76020

D. Sumner Chase, III Irrevocable Trust
VIA 10/15/2001
300 Preston Ave.,
Suite 500
Charlottesville, VA 22902

Dale Seibt
19 Gunning Point Rd.
Falmouth, MA 02540

Dan & Judy Hightower
6606 Pinehurst Drive
San Angelo, TX 76904

Dan A Hughes Company, L.P
PO Drawer 669
Beeville, TX 78102

Dana J. Stotsky & Susan M. Ryan,JTWROS
578 West Willow Court
Louisville, CO 80027

Danny Buckingham
2137 Office Park Drive
San Angelo, TX 76904

Danny Buckingham   2013 Program
2137 Office Park Drive
San Angelo, TX 76904

Davenport, Clay C
208 S Monroe
San Angelo, TX 76901

Davenport, Lyle H

1602 Utah Avenue
San Angelo, TX 76904

David Cohen
66 Temple Rd.
Concord, MA 01742

David Davis
222 Webster Drive
Ben Lomond, CA 95005

David Isenberg/Paula Blumenthal
112 Orchard Street
Cos Cob, CT 06807

David Johnson
1311 Barkmore
San Antonio, TX 78258

David Palmlund
5323 Swiss Avenue
Dallas, TX 75214

David Warren Strickler
Present Interest Irrevocable Trust
3165 Arrowhead Road
Harrisonburg, VA 22801

DDD Exploration, Inc.
301 S Polk
Suite 580
Amarillo, TX 79101

Dennis Buckingham
5622 Woodbine Lane
San Angelo, TX 76904

Dennis Buckingham      2013 Program
5622 Woodbine Lane
San Angelo, TX 76904

Dennis Buckingham    2013 Program
5622 Woodbine Lane
San Angelo, TX 76904

Dennis O'Neill
Wild Cat Orchard, LLC
1935 Commerce Lane,
Suite 6
Jupiter, FL 33458

Department of the Treasury
Internal Revenue Service Center
Ogden, UT 84201

Derwood S. Chase, Jr.
Grand Trust
300 Preston Ave.,
Suite 500
Charlottesville, VA 22902

Dick Pollard   Sentinel Peak, LLC.
C/O View Capital Advisors
2000 McKinney Ave.,
Suite 600

Dallas, TX 75201

Don M. Connally
402 Cypress
Suite 405
Abilene, TX 79601

Doug M. Cox and Jayne A. Cox, JTWROS
4760 Barn Field Drive
Keswick, VA 22947

Downstream Investments, LLC
1701 Rockcliff Road
Austin, TX 78746

Dry Creek Investments, G. P
PO Box 50505
Midland, TX 79710

DS & S Chase
Derwood Chase Jr. Manager
300 Preston Ave.,
Suite 500
Charlottesville, VA 22902

DSX Energy LTD, LLP
800 North Shorline Blvd.
Suite 2570
Corpus Christi, TX 78401

Dupee, James
P.O  Box 61002
San Angelo, TX 76906

Earthstone Energy Inc.
633 17th Street
Suite 1900
Denver, CO 80202

Earthstone Energy, Inc.
633 17th St
Suite 2320
Denver, CO 80202

East West Energy LLC
Edward Ajootian
85 Robert Street    No. 32
Boston, MA 02131

East-West Energy
85 Roberts Street
Suite 32
Roslindale, MA 02131

Eastern Shelf Explanation, LLC
9405 Crowley Road "C"
Fort Worth, TX 76134

Echavarria, Marcus
PO Box 110
Bronte, TX 76933

Ed Herrington
P.O. Box 709
Hillsdale, NY 10527

Edith M. Osborne
216 East 3rd Street
Texarkana, AR 71854

Edward Cohen
3000 Island Boulevard
Penthouse No. 3
Aventura, FL 33160

Edward Gildea GST, Non Ex Tr, fbo AGO
c/o Goldman Sachs & Co.
ATTN: Maggie Keohan
125 High Street
Boston, MA 02110

Edward Gildea GST, non Ex Tr, fbo JHG
c/o Mr. and Mrs. James Gildea
36 Hubbard Road
Weston, MA 02493

Eisenbach, Steve T
4001 Bowie Street
San Angelo, TX 76903

Elizabeth Rushton Callaghan Trust
Arcus Capital Partners
3060 Peachtree Rd. NW
Suite 1880
Atlanta, GA 30305

Emerald Bay Exploration, LLC
311 Saratoga Blvd.
Corpus Christi, TX 78417

Emmy Oil & Gas, LLC
30 Cross Street
Dover, MA 02030

Emmy Oil & Gas, LLC
57 Birds Hill Avenue
Needham, MA 02492

Envy Energy, LLC
30 East Coldbrook Circle
The Woodlands, TX 77381

Erich Hoffmann
56 Harrison Street
New Rochelle, NY 10801

Erin Buckingham
609 W. Lynn St.
Unit No. 1
Austin, TX 78703

Esenjay Oil & Gas LTD
500 North Water Street
Suite 1100
Corpus Christi, TX 78401

Esenjay Operating Inc.
500 North Water Street
Suite 1100 South
Corpus Christi, TX 78401

Esenjay Operationg Inc.
500 North Water Street
Suite 1100 South
Corpus Christi, TX 78401

Espiritus Family Trust
Patrick Kronfli
14930 Reedley St No. C
Moorpark, CA 93021

Exceptional Endeavors, LLC
14380 86th Rd. N.
Loxahatchee, FL 33470

First Financial Bank, N. A.
Southwest Office
PO Box 5291
San Angelo, TX 76902

Firstrike Energy Corp
PO Box 260538
Corpus Christi, TX 78426

Forza Operating, LLC
24900 Pitkin Road
Suite 200
Spring, TX 77386

Frank Selldorff
10 Rowes Wharf
Boston, MA 02110

Garza, Raul
8285 Sutters
San Angelo, TX 76901

GEDD Inc.
802 North Carancahua
Suite 1010
Corpus Christi, TX 78401

GeoPetra Energy, LLC
5605 North MacArthur Blvd.
MacArthur Center II Suite 720
Irving, TX 75038

GeoPetra Energy, LLC
5605 North Macarthur Blvd.
Suite 720
Irving, TX 75038

GeoPetra Partners
5605 North Macarthur Blvd.
Suite 720
Irving, TX 75038

GeoPetra Partners, LLC
5605 N MacArthur Blvd
Suite 720
Irving, TX 75038

Gifford Operating Co.
4625 Greenville Ave
Suite 202

Dallas, TX 75206

Gifford, Ethan P
10585 Emmitt Lane
San Angelo, TX 76901

GJW, LLC
103 Squire Hill Road
Longwood, FL 32779

GLAD, L.P.
6452 Sleepy Ridge Road
Falls Church, VA 22042

GLS, LLC
PO Box 52149
Lafayette, LA 70505

GLS, LLC.
PO Box 52149
Lafayette, LA 70505

Golconda Oil & Gas, LLC
Greg Onstott
3300 Bee Cave Road,
Suite 650-203
West Lake Hills, TX 78746

Goldston Oil Corporation
1819 St James Place
Houston, TX 77056

Goldston Oil Corporation
1819 St. James Place
Houston, TX 77056

Green, Mia L
718 Sandwich Road
East Falmouth, MA 02536

Greenwood Land LLC
2137 Office Park Dr.
Suite A
San Angelo, TX 76904

Gregg Adamovich
3643 Route 103N
Chester, VT 05143

Gregg Onstott
3300 Bee Cave Road,
Suite 650-203
West Lake Hills, TX 78746

Gutierrez/Stevens Limited Partnership
15410 Partnership Rd.
Poolesville, MD 20837

Hannathon Petroleum, LLC
PO Box 3550
Midland, TX 79702

Harkey, Clay T
12005 Hwy 67 S No. 2
San Angelo, TX 76904

Harry Weitzel, Jr.
16170 Bradburn Lane
Ridge, MD 20680

Hawkeye Stratographic, LLC
5300 Memorial Drive
Suite 610
Houston, TX 77007

Heather Ann Palmlund
18750 Chillicothe Road
Chagrin Falls, OH 44023

Hoak Private Equities I, LP
Reagan Place at Old Parkland
3963 Maple Ave., Suite 450
Dallas, TX 75219

Hoak Private Equities I, LP
3963 Maple Ave., Suite 450
Reagan Place at Old Parkland
Dallas, TX 75219

Hoak Private Equities I, LP
Reagan Place at Old Parkland
3963 Maple Ave.,
Suite 450
Dallas, TX 75219

Hoffman Exploration
1 Greenway, Plaza
Suite 440
Houston, TX 77046

Houghton, Karen
P.O. Box 892
East Sandwich, MA 02537

Houston Energy L.P.
1200 Smith St.
Ste 2400
Houston, TX 77002

Houston Energy, LP
Two Allen Center 1200 Smith Street
Suite 2400
Houston, TX 77002

Houston Energy, LP
Two Allen Center 1200 Smith Street
Suite 2401
Houston, TX 77003

HRB Oil & Gas, LTD.
4311 Oak Lawn Avenue
Suite 360
Dallas, TX 75219

Hurd Enterprises
7373 Broadway
Suite 200
San Antonio, TX 78209

Hurd Enterprises, LTD

7373 Broadway
Suite 200
San Antonio, TX 78209

Interstate Explorations, Inc.
1331 Lamar Street
Suite 1370
Houston, TX 77010

Interstate Explorations, LLC
1331 Lamar St.
Suite 1370
Houston, TX 77010

Iris Dely
Exceptional Endeavors
14380 86th Rd. N.
Loxahatchee, FL 33470

Jack Chafin
4 Teal Circle
Mashpee, MA 02649

Jack O'Connor
3976 Coral Point
Colorado Springs, CO 80917

James Abraham
7204 Cherrywoood Lane
Spring Grove, IL 60081

James D. Smith
1900 McKinney Ave
APT 1801
Dallas, TX 75201

James Gildea
36 Hubbard Road
Weston, MA 02493

Jane Waldfogel
285 Riverside Drive
No. 12B
New York, NY 10025

Janis Mandel-Weitzel
16170 Bradburn Lane
Ridge, MD 20680

Jarred Holland
3404 Rivercrest Dr.
Austin, TX 78746

Jay Carr   Eel River, LLC
255 Eel River Road
Osterville, MA 02655

Jay Singhania
6225 Pemberton Drive
Dallas, TX 75230

JBM Oil & Gas, LLC
455 2nd Street SE,
Suite 402
Charlottesville, VA 22902

JD Equity, LP
805 Las Cimas Parkway
Suite 350
Austin, TX 78746

Jeffrey & Mardina Chen
1200 Barton Creek Blvd.,
No. 12
Austin, TX 78735

John Abraham
3806 Bunny Run
Austin, TX 78746

John Stuart
8034 Jethro Lane
San Antino, TX 78266

Joiner, Boyce W
P.O. Box 13
Bronte, TX 76933

Jon D. Jacobs and Elizabeth M. Clagett
8703 Stockton Parkway
Alexandria, VA 22308

Juan Pineda
Juan Pineda Enterprises W LLC
4140 23rd Street
San Francisco, CA 94114

K Holdings, LLC
P.O. Box 359
Keene, VA 22946

Karen Mcdonald
PO Box 691
West Tisbury, MA 02575

Katie Jackson
1801 East 2nd No. 6
Austin, TX 78702

Kebo Oil & Gas, Inc.
607 Railroad Ave.
Portland, TX 78374

Keith Hofmann
1307 Briar Bayou Drive
Houston, TX 77077

Kelsey Operating
Virginia Riggins
12400 St. Highway 71 W.
Suite 350-427
Austin, TX 78738

Kelsey Operating, Inc.
Virginia Riggins
12400 St. Highway 71 W.
Suite 350-427
Austin, TX 78738

Kendra Matthews

11217 Applewood Drive
Austin, TX 78758

Kevin Jewett
1105 Simmons St
Mt. Pleasant, SC 29464

Kitchens, Pierce C
2017 St Marys Street
San Angelo, TX 76904

Knight Resources, LLC
P.O. Box 52688
Lafayette, LA 70505

Kriss Hammond
KMHJ II LLC
1935 Commerce Lane,
Suite 6
Jupiter, FL 33458

LeClair Operating
1009 Petroleum Drive
Abilene, TX 79602

LeClair Operating Co., Inc.
1009 Petroleum Drive
Abilene, TX 79602

Leclere, Jason
2508 Sweetbriar Dr
Apt B-813
San Angelo, TX 76904

LLOX, LLC
1001 Ochsner Blvd
SUite A
Covington, LA 70433

LLOX, LLC
1001 Ochsner Blvd.
Suite A
Covington, LA 70433

Louis Gitlin
65 Emeline Street
Providence, RI 02906

Loyd C. Whitehead
15829 Susan Peak Rd
San Angelo, TX 76904

LS Buckingham/WNorth, L.P.
2000 McKinney Ave.
Suite 600
Dallas, TX 75201

LS/Buckingham Program, LP
2000 McKinney Ave.
Suite 600
Dallas, TX 75201

LSBuckingham/W North, L.P.
2000 McKinney Ave.
Suite 600

Dallas, TX 75201

Lucas Petroleum Group, Inc.
327 Congress Ave.
Suite 500
Ausitn, TX 78701

Magna Operating Company
712 Main Street
Suite 3000B
Houston, TX 77002

Magnolia Designs LLC
Indra Chandra
40 Magnolia Avenue
Larchmont, NY 10538

Magnum Producing, LP
500 North Shoreline
Suite 322
Corpus Christi, TX 78401

Makoil, Inc.
25391 Commercentre Dr
No. 120
Lake Forest, CA 92630

Margaret F. Delbagno
157 Dutchess Avenue
Staten Island, NY 10304

Margaret F. Delbagno
52 Schoharie St.
Staten Island, NY 10301

Mark Capital Management, LLC
3838 Oak Lawn Avenue
Two Turtle Creek
Suite 1414
Dallas, TX 75219

Mark Frederic Rosa
14265 W. Warren Drive
Lakewood, CO 80228

Mark Gitlin
13 Mallard Cove Way
Barrington, RI 02806

Mark Robinson
33 Barney Hill Road
Wayland, MA 01778

Mark Scherer
1011 W. Main Street
Brenham, TX 77833

Mark Scherer
9201 Brodie Lane
No. 4203
Austin, TX 78748

Mark Strub
4702 Balcones Drive
Austin, TX 78731

Markus Ottmers
313 Lytle Street
Kerrville, TX 78028

Martex Operating, LLC
209 North New Hampshire Street
Covington, LA 70433

Mary Ellen Thomas Harrison
Stirling Group Two
3428 Collonade Drive
Wellington, FL 33449

McKinnon Patten & Associates, LLC
10000 North Central Expwy
Suite 1350
Dallas, TX 75231

Mego Resources, LLC
1229 FM 889
George West, TX 78022

Mego Resources, LLC
P.O. Box 194
Taft, TX 78389

Mego Resources, LLC
P.O. Box 194
Taft, TX 78390

Mehrdad Moazami
3808 Laurel Ledge Lane
Austin, TX 78731

Mel Quesada
P.O. Box 2647
Laredo, TX 78044

Millenia Resources LLC
2755 S Locust St No. 216
Denver, CO 80222

Montanez, Daniel L
126 Estella Drive
San Angelo, TX 76903

Montanez, Michael A
109 Estella Drive
San Angelo, TX 76903

MTBB Acquisition Company, LLC
1206 West Ave. A
Temple, TX 76504

NAA Holdings, LLC
3004 Gilbert Street
Austin, TX 78703

Nancy Seldon
10 Drew Crossing
Westford, MA 01886

Neu Oil & Gas, LLC
712 Windsong Trail

Austin, TX 78746

NEU Oil & Gas, LLC
712 Windsong Trail
West Lake Hills, TX 78746

New Century Exploration, Inc.
8500 Cypresswood Drive
Suite 104
Spring, TX 77379

New Century Exploration, Inc.
8500 Cypresswood Dr.
Suite 104
Spring, TX 77379

NiCo Resources, LLC
1490 West Canal Court
No. 3000
Littleton, CO 80120

Oceanic BC LLC
Willard Hammonds
4418 Ocean Drive
Corpus Christi, TX 78412

One Apex Energy, LLC
P.O. Box 3685
Corpus Christi, TX 78404

Pacheco, Jocelyn M
335 Boxberry Hill Road
East Falmouth, MA 02536

Paint Rock Operating, LLC
2137 Office Park Drive
Suite A
San Angelo, TX 76904

Paradise Ridge I, LP
Michael J. Rovner
4400 Aqua Verde Drive
Austin, TX 78746

Patterson, Ryan
1510 Dexter St.
Austin, TX 78704

Paul D. & Mava Garner
PO Box 277
Raleigh, MS 39153

Paul Dennison
6406 Dry Cliff Cove
Austin, TX 78731

Paul Hoffman Jr.
56 Harrison St.
New Rochelle, NY 10801

Peter Waldfogel
1 Salem Street, No. 21
Swampscott, MA 01907

Philip M. Miller, Jr.

P.O. Box 726
Falmouth, MA 02541

Phillip J. Church
1501 Hardouin Avenue
Austin, TX 78703

Piedra Properties, Ltd
312 E. Illinois
Suite No. 1
Midland, TX 79701

Ponderosa Oil & Gas
5300 Memorial Drive
Suite 610
Houston, TX 77007

Ponderosa Oil & Gas, LLC
5300 Memorial Drive
Suite 610
Houston, TX 77007

Pounds, James W
678 FM 765 West
Paint Rock, TX 76866

Price Family Trust
4115 Happy Valley Road
Lafayette, CA 94549

Purvis Operatin Co.
P.O. Box 51991
Midland, TX 79711

Purvis Operating Company
P.O. Box 51990
Midland, TX 79710

Purvis Operating Company
P.O. Box 51991
Midland, TX 79711

Raffaele Vitale
135 Grace Trail
Palm Beach, FL 33480

Rajiv Yadlapalli
130 West 20th Street,
Apt. 2C
New York, NY 10011

Ralph Stow Revocable Trust
Ralph Stow, Trustee U/A 04/03/88
2151 Jamieson Ave.,
Unit 310
Alexandria, VA 22314

Randal J. and Patrica Page Gardener
PO Box 3844
San Angelo, TX 76902

Ravi K. Singhania
323 Timbercreek Drive
Lake Jackson, TX 77566

Ravi Singhania
323 Timbercreek Drive
Lake Jackson, TX 77566

Reatta Energy, Inc.
PO Box 10727
Midland, TX 79702

Reeflex, Ltd.
713 Windsong Trail
West Lake Hills, TX 78747

Reeflex, Ltd.
714 Windsong Trail
West Lake Hills, TX 78748

Reeflex, Ltd.
715 Windsong Trail
West Lake Hills, TX 78749

Reeflex, Ltd.
716 Windsong Trail
West Lake Hills, TX 78750

Regina Manian
1315 Dunning Drive
Laguna Beach, CA 92651

Richard Earl Vodra Trust   dtd 10/16/200
Richard Vodra, Trustee
8360 Greensboro Drive,
Apt. 823
McLean, VA 22102

Richard Foulke, Jr.
33 Cottage Lane
East Hampstead, NH 03826

Richard H. & Janet L. Baird
7822 S. Clayton Way
Centennial, CO 80122

Richard N. Wiener
18 North Ave
Westport, CT 06880

Richard Wagnon
216 East 3rd Street
Texarkana, AR 71854

Rincon Petroleum Corp
615 Leopard St
Ste 722
Corpus Christi, TX 78401

RJ Enerprises, LLC
3527 Decatur St.
Denver, CO 80211

Robert Pearson
8080 N. Central Expressway
Suite 1200
Dallas, TX 75206

Robert Rose

121 Nunn Boulevard
Cadiz, KY 42211

Robison, Keane H
2701 Regent Blvd
San Angelo, TX 76905

Ronald Mis
396 Washington Street
Suite 300
Wellesley, MA 02481

Roy Wade
15700 Echo Hills Dr.
Austin, TX 78717

Rozel Operating Company
100 Asma Blvd
Suite 100
Lafayette, LA 70508

Russell Conde
P.O. Box 2081
New Castle, NH 03854

Rust Oil Corporation
6300 Ridglea Place
Suite 904
Fort Worth, TX 76116

Ryan Patterson
1510 Dexter St.
Austin, TX 78704

Ryan Staszko
488 Jerusalem Road
Cohasset, MA 02025

S&S Oil Investments LLC
William Slenker
4427 Brookside Drive
Alexandria, VA 22312

Salida Exploration, LLC
310 N. Willis
Suite 236
Abilene, TX 79603

SAM Oil
9027 Musgrave Street
Colorado Springs, CO 80920

SAM Oil LLC
9027 Musgrave Street
Colorado Springs, CO 80920

San Angelo Properties Management, LLC
P.O. Box 60006
San Angelo, TX 76906

Santa Rosa Energy
802 North Carancahua
Suite 655
Corpus Christi, TX 78401

Santa Rosa Energy Ltd.
802 North Carancahua
Suite 655
Corpus Christi, TX 78401

Seamless Energy, LLC
Cody Phifer
1490 West Canal Court,
No. 3000
Littleton, CO 80120

Seedcess Investment Group
John Ramsey
5500 Basswood Lane
Austin, TX 78723

Seely Oil Company
815 W. 10th St.
Ft. Worth, TX 76102

Seely Oil Company
815 West 10th Street
Fort Worth, TX 76102

Seely Oil Company
815 West Tenth Street
Fort Worth, TX 76102

SH Nebraska LLC
216 16th Street
Suite 1600
Denver, CO 80202

Shanee Oil Company
401 West Texas
Suite 404
Midland, TX 79701

Skip & Barbara Berggren
49 Deerfield Lane
Portland, CT 06480

Sojourner Drilling Corp.
810 Anson Ave.
Abilene, TX 79601

Sojourner Drilling Corporation
PO Box 3234
Abilene, TX 79604

Southern Resources Company
P.O. Box 6483
Corpus Christi, TX 78466

Spicewood Operating Co., LLC
19019 Hwy 71
West Spicewood, TX 78669

Spicewood Operating Company, LLC
19019 HWY 71 West
Spicewood, TX 78669

Steven H. Durham Family Foundation
c/o Bright and Bright
5944 Luther Lane,

Suite 600
Dallas, TX 75225

Stuart F. Chase
645 Plantation Court
Charlottesville, VA 22903

Stuart F. Chase Irrevocable Trust
VIA 10/15/2001
300 Preston Ave.,
Suite 500
Charlottesville, VA 22902

Sweetwater Asset, LLC
c/o Thomas Vardell
P.O. Box 1261
Alamo, CA 94507

Tackett, Scottie
514 Southeast Railroad
Bronte, TX 76933

Taylor, Bobby L
13218 US Hwy 83
Ballinger, TX 76821

TDX Energy
401 Edwards Street
Suite 1900
Shreveport, LA 71101

Texas Controller of Public Accounts
PO Box 149348
Austin, TX 78714

The Harold and Leilay. Mathers Charitabl
921 Austin Street
Levelland, TX 79336

The Jelia Harvill IRREV Trust
Jelia Harvill
4576 Pebble Brook
Plano, TX 75093

The Robert C. Ducommun Trust
1155 Park Avenue
New York, NY 10128

The Termo Company
P.O. Box 2767
Long Beach, CA 90801

Timothy D. Keyes
4932 Celanova Court
Austin, TX 78738

Tinney, Jim D
1812 Wilson Road
San Angelo, TX 76903

Todd Albert Nims
c/o Saudi Aramco Oil Company
P.O. 11473
Dhahran
SAUDI ARABIA

Tom Delimitros
Delventec Investments
3419 Westminster,
No. 301
Dallas, TX 75205

Tom Gutierrez
Gutierrez/Stevens Limited Partnership
15410 Partnership Rd.
Poolesville, MD 20837

Tomlinson, Dale G
2524 Sleepy Hollow
San Angelo, TX 76904

Tony Muoser
65 North Mountain Drive
Dobbs Ferry, NY 10522

TOR Energy, LLC
6 South 1st Street
Temple, TX 76501

United Western Exploration, LLC
475 Seventh Street
Suite 1240
Denver, CO 80202

Valla, Debra
2638 Parkview Dr
San Angelo, TX 76904

VCA Oil & Gas Program I, L.P.
2000 McKinney Ave.,
Suite 600
Dallas, TX 75201

Venture Oil & Gas, Inc.
140 MayFair Rd
Suite 900
Hattiesburg, MS 39402

Victor Oristano
11614 Lake House Court
North Palm Beach, FL 33408

Wade, Roy & Shoats, Elizabeth
15700 Echo Hills Dr.
Austin, TX 78717

Waldfogel 2014 Irrev Tr
1 Salem St No. 21
Swampscott, MA 01907

Waldfogel 2014 Irrev Trust
1 Salem St. No. 21
Swampscott, MA 01907

Wandoo Energy, LLC
1001 South Dairy Ashford
Suite 100
Houston, TX 77077

William Hays

478 Sippewissett Road
Falmouth, MA 02540

William P. Newhall, II
73 Summit Avenue
Bronxville, NY 10708

William Stuart
6125 Luther Lane,
No. 388
Dallas, TX 75225

William W. MacKay
16 Temple Street, Apt. No. 3
Stonington, CT 06378

Worth Harris
1007 Harvey Street
Raleigh, NC 27608

WRS Enterprises
3838 Oak Lawn Avenue
Suite 1414
Dallas, TX 75219

WRS Enterprises, Inc.
3838 Oak Lawn Avenue
Suite 1414
Dallas, TX 75219

WTF Inventory Systems
333 Washington Street
Suite 431
Boston, MA 02108

Yuma Exploration
1177 West Loop South
Suite 1825
Houston, TX 77027

Yuma Exploration & Production Company, I
1177 West Loop South
Suite 1825
Houston, TX 77027

Zachery Nims
2224 East 20th St
Tulsa, OK 74104

Zachery Nims
2406 Baycrest Drive
Huston, TX 77058

Zachry Exploration, LLC
300 Convent Street
Suite 2800
San Antonio, TX 78205

Zachry Exploration, LLC
300 Convent Street
Suite 2800
San Antino, TX 78205