UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ) | |
| BUCKINGHAM OIL INTERESTS, INC. ) | |
| ) | Case No.: 15-13441 (JNF) |
| ) | |
| Debtor. ) | |
| ) | |

**NOTICE OF WITHDRAWAL**

Charles A. Dale III, the duly appointed Chapter 11 trustee for the bankruptcy estate of the above-captioned debtor (the "Chapter 11 Trustee"), through undersigned counsel, hereby requests that the document filed as Docket Entry No. 27, the *Motion of the Chapter 11 Trustee For Entry of Interim and Final Orders Authorizing Use of Cash Collateral and Request for Expedited Determination* (the "Motion") be hereby deemed withdrawn, as the filing was incomplete.  A complete version of the Motion has been filed as Docket Entry No. 28.

1

Dated: September 18, 2015

        Respectfully submitted,

        CHARLES A. DALE III,
        CHAPTER 11 TRUSTEE

        By his proposed counsel,

        */s/ David A. Mawhinney*
        Mackenzie L. Shea (BBO No. 666241)
        David A. Mawhinney (BBO No. 681737)
        **K&L Gates LLP**
        State Street Financial Center
        One Lincoln Street
        Boston, Massachusetts 02111
        Tel:  (617) 261-3100
        Fax: (617) 261-3175

        E-mail:
            mackenzie.shea@klgates.com
            david.mawhinney@klgates.com

        *Proposed counsel to the Chapter 11 Trustee*