**AMENDED - SCHEDULE G - List of Operators***

| NO. | PROSPECT/PROPERTY NAME | OPERATOR | Address1 | Address2 | City | State | ZIP | Claim Amount | Value | Contingent Unliquidated Disputed | Subject to Setoff Rights |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anaconda Prospect | YUMA Exploration | 1177 West Loop South | Suite 1825 | Houston | TX | 77027 | $ 93,984.00 | Unknown | U | X |
| 2 | Anson HJ Prospect | Paint Rock Operating, LLC | 2137 Office Park Drive | Suite A | San Angelo | TX | 76904 | Unknown | Unknown | U | X |
| 3 | APEX Prospect | DDD Exploration | 301 S Polk | Suite 580 | Amarillo | TX | 79101 | Unknown | Unknown | U | X |
| 4 | Azalea East Prospect | Fivestons Energy, LLC | 5211 Preston Drive | | Midland | TX | 79707 | Unknown | Unknown | U | X |
| 5 | Barbers Hill Prospect | Knight Resources | P.O. Box 52688 | | Lafayette | LA | 70505 | $ 206,087.00 | Unknown | U | X |
| 6 | Bayou St. Charles | CL&F Operating | 4 Greenspoint Plaza | 16945 Northchase Drive, Suite 1500 | Houston | TX | 77060 | $ 70,000.00 | Unknown | U | X |
| 7 | Bear Creek Prospect | Cypress Drilling | 313 West Main Street | | Azle | TX | 76020 | Unknown | Unknown | U | X |
| 8 | Beard 3-D Canyon Prospect | Sojouner Drilling | P.O. Box 3234 | | Abilene | TX | 79604 | Unknown | Unknown | U | X |
| 9 | Bivens East Oil Prospect | Magnum Producing, LP | 500 N. Shoreline, Ste 322 | | Corpus Christi | TX | 78471 | Unknown | Unknown | U | X |
| 10 | Black Maple Hill _ Black Maple Hill Reserve | AX Operating, LLC | P. O. Box 51582 | | Lafayette | LA | 70505 | Unknown | Unknown | U | X |
| 11 | Blind Hog Prospect - "Wilberts Lands" | Rozel Exploration, LLC | 100 Asma Blvd, Suite 110 | | Lafayette | LA | 70508 | Unknown | Unknown | U | X |
| 12 | Blue Marsh Prospect - Well: Hayegood No. 1 | Seely Oil Company | 815 West Tenth Street | | Fort Worth | TX | 76102 | Unknown | Unknown | U | X |
| 13 | Bourg Prospect | Badger Energy, LLC | P.O. Box 52745 | | Lafayette | LA | 70505 | $ 2,573.78 | Unknown | U | X |
| 14 | Cane Creek Prospect (Smackover) | Goldston Oil Corporation / JL Allen Exploration | P.O. Box 570365 | | Houston | TX | 77257 | Unknown | Unknown | U | X |
| 15 | Canning Prospect | LeClair Operating | 1009 Petroleum Drive | | Abilene | TX | 79602 | Unknown | Unknown | U | X |
| 16 | Cleveland Deep Prospect | New Century Exploration, Inc. | 8500 Cypresswood Dr. | Suite 104 | Spring | TX | 77379 | Unknown | Unknown | U | X |
| 17 | Coolangatta Prospect | Aurora Resources & Wandoo Energy | 600 Leopard Street | Suite 1012 | Corpus Christi | TX | 78401 | $ 176,875.00 | Unknown | U | X |
| 18 | Cowden Ranch Section 9 Prospect | Rust Oil Corporation | 6300 Ridglea Place | Suite 904 | Fort Worth | TX | 76116 | Unknown | Unknown | U | X |
| 19 | Coyote - Badger Prospect | Purvis Operating | 3101 N. Pecos Street | | Midland | TX | 79705 | Unknown | Unknown | U | X |
| 20 | Deer Canyon II | Purvis Operating | 3101 N. Pecos Street | | Midland | TX | 79705 | Unknown | Unknown | U | X |
| 21 | Del Venado Ranch Prospect #1 | N/A | | | | | | Unknown | Unknown | U | X |
| 22 | East Allen Hill Prospect | Paint Rock Operating | 2137 Office Park Drive | Suite A | San Angelo | TX | 76904 | Unknown | Unknown | U | X |
| 23 | East Toro Prospect | LLOX, LLC | 1001 Ochsner Blvd. | | Covington | LA | 70433 | $ 307,440.00 | Unknown | U | X |
| 24 | Eminence Dome Prospect | Bean Resources | 1000 E St. Mary Blvd | | Lafayette | LA | 70503 | Unknown | Unknown | U | X |
| 25 | Esperanza 22 Prospect _ Financial and Production Reports F | Purvis Operating | 3101 N. Pecos Street | | Midland | TX | 79705 | Unknown | Unknown | U | X |
| 26 | Espy Ranch Prospect | Paint Rock Operating, LLC | 2137 Office Park Drive | Suite A | San Angelo | TX | 76904 | Unknown | Unknown | U | X |
| 27 | Estaban Field Prospect _ Howard #1 | Buffalo Natural Gas, LTD | 500 North Shoreline, Suite 1008N | | Corpus Christ | TX | 78471 | Unknown | Unknown | U | X |
| 28 | Eureka Prospect | Ponderosa Oil & Gas - Hawkeye | 5300 Memorial Drive | Suite 610 | Houston | TX | 77007 | $ 71,671.88 | Unknown | U | X |
| 29 | Fayetteville Shale Prospect | Chesapeake Operating | P. O. Box 18496 | | Oklahoma City | OK | 73154 | Unknown | Unknown | U | X |
| 30 | First Choice Prospect | Paint Rock Operating, LLC | 2137 Office Park Drive | Suite A | San Angelo | TX | 76904 | Unknown | Unknown | U | X |
| 31 | Foster Prospect | Arnie Oil, LLC | 621 17th Street, Suite 2300 | | Denver | CO | 80293 | Unknown | Unknown | U | X |
| 32 | Four Forks Prospect | Venture Oil and Gas, Inc | 207 South 13th Avenue | | Laurel | MS | 39440 | Unknown | Unknown | U | X |
| 33 | Four Kings Prospect | East West Energy LLC | Edward Ajootian | 85 Robert Street  No. 32 | Boston | MA | 02131 | Unknown | Unknown | U | X |
| 34 | Granite Wash Prospect - checks | Gifford Operating | 4925 Greenville Ave | | Dallas | TX | 75206 | Unknown | Unknown | U | X |
| 35 | Granite Wash Prospect | Gifford Operating | 4925 Greenville Ave | | Dallas | TX | 75206 | Unknown | Unknown | U | X |
| 36 | Great Harbor Prospect | Emerald Bay Exploration | 311 Saratoga Blvd. | | Corpus Christi | TX | 78417 | Unknown | Unknown | U | X |
| 37 | Heaven Hill Prospect | Ax Operating, LLC & Veritas Energy, LLC | P. O. Box 51582 | | Lafayette | LA | 70505 | $ 5,923.16 | Unknown | U | X |
| | 2013 Heaven Hill Prospect | Brammer Engineering, Inc. | 400 Texas Street | Suite 600 | Shreveport | LA | 71101 | Unknown | Unknown | U | X |
| 38 | Hubberd McMullen Minerals Prospect | Santa Rosa Energy | 802 N. Carancahua | Suite 2250 | Corpus Christi | TX | 78401 | Unknown | Unknown | U | X |
| 39 | Jackpot Prospect | Ponderosa Oil & Gas | 5300 Memorial Drive | Suite 610 | Houston | TX | 77007 | Unknown | Unknown | U | X |
| 40 | Jakubik #1 - 2010 THRU Operating Stmts/Revenue File #3 | C.W. Resources, Inc. | 811 Gilmer Road | | Longview | TX | 75604 | Unknown | Unknown | U | X |
| 41 | La Capilla Prospect | Aurora Resources | 600 Leopard Street | Suite 1012 | Corpus Christi | TX | 78401 | Unknown | Unknown | U | X |
| 42 | Lampasas River Prospect | TOR Energy, LLC | 6 South 1st Street | | Temple | TX | 76501 | Unknown | Unknown | U | X |
| 43 | Lemoore Base Prospect | United Western Exploration | 475 Seventh Street | Suite 1240 | Denver | CO | 80202 | Unknown | Unknown | U | X |

* See Global Notes for further explanation

| NO. | PROSPECT/PROPERTY NAME | OPERATOR | Address1 | Address2 | City | State | ZIP | Claim Amount | Value | Contingent Unliquidated Disputed | Subject to Setoff Rights |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | Little Box Canyon #2 Prospect | Purvis Operating | 3101 N. Pecos Street | | Midland | TX | 79705 | Unknown | Unknown | U | X |
| 45 | Maggie McNeill C#1 | APEX Energy | 296 Flat Creek | | Canyon Lake | TX | 78133 | Unknown | Unknown | U | X |
| 46 | Maggie McNeill D#1 | APEX Energy | 296 Flat Creek | | Canyon Lake | TX | 78133 | Unknown | Unknown | U | X |
| 47 | McCarter #1 | N/A | | | | | | Unknown | Unknown | U | X |
| 48 | McMoran Deep Prospect - Schwing Levee #1 | Interstate Explorations | 1331 Lamar Street | Suite 1370 | Houston | TX | 77010 | $ 110,400.00 | Unknown | U | X |
| 49 | Menard County Wells | Paint Rock Operating | 2137 Office Park Drive | Suite A | San Angelo | TX | 76904 | Unknown | Unknown | U | X |
| 50 | Milagros Prospect | Santa Rosa Energy | 802 N. Carancahua | Suite 2250 | Corpus Christi | TX | 78401 | $ 7,092.00 | Unknown | U | X |
| 51 | Mississippian Project | Southern Resources Company | P.O. Box 6483 | | Corpus Christi | TX | 78466 | Unknown | Unknown | U | X |
| 52 | Montgomery Spraberry Prospect | Reatta Energy | P. O. Box 10727 | | Midland | TX | 79702 | Unknown | Unknown | U | X |
| 53 | Nebraska Deep Prospect | SH Nebraska, LLC | 216 16th Street | Suite 1600 | Denver | CO | 80202 | $ 4,890.93 | Unknown | U | X |
| 54 | Nebraska Pan Handle Prospect | Earthstone Energy, Inc. | 633 17th Street, Suite 2320 | | Denver | CO | 80202 | $ 13,892.95 | Unknown | U | X |
| 55 | Noah's Mill Prospect | AX Operating LLC | P. O. Box 51582 | | Lafayette | LA | 70505 | $ 47,950.00 | Unknown | U | X |
| | Noah's Mill, SL 21242 #1 | Brammer Engineering, Inc. | 400 Texas Street | Suite 600 | Shreveport | LA | 71101 | Unknown | Unknown | U | X |
| 56 | North Belle Grove | Ponderosa Oil & Gas | 5300 Memorial Drive | Suite 610 | Houston | TX | 77007 | $ 18,480.00 | Unknown | U | X |
| 57 | North Buttermilk Prospect, Pheasant Prospects | Hurd Enterprises, LTD | 7373 Broadway | Suite 200 | San Antonio | TX | 78209 | Unknown | Unknown | U | X |
| 58 | North Cossinade Prospect | Martex Operating | 209 N. New Hampshire Street | | Covington | LA | 70433 | $ 150,000.00 | Unknown | U | X |
| 59 | NW Riverdale Prospect | The Termo Company | P.O. Box 2767 | | Long Beach | CA | 90801 | Unknown | Unknown | U | X |
| 60 | Oakley North Prospect | RJ Enterprises LLC | 3527 Decatur Street | | Denver | CO | 80211 | Unknown | Unknown | U | X |
| 61 | Oil Rock Prospect  Division Order/Title Opinion/Title Curati | Purvis Operating | 3101 N. Pecos Street | | Midland | TX | 79705 | Unknown | Unknown | U | X |
| 62 | Oil Rock Prospect _Antelope #1 | Purvis Operating | 3101 N. Pecos Street | | Midland | TX | 79705 | Unknown | Unknown | U | X |
| 63 | OX Spring Prospect | Makoil, Inc. | 3101 N. Pecos Street | | Midland | TX | 79705 | Unknown | Unknown | U | X |
| 64 | Parkway Prospect | Emerald Bay Exploration | 311 Saratoga Blvd. | | Corpus Christi | TX | 78417 | Unknown | Unknown | U | X |
| 65 | Pens Prospect | Magna Operating | 712 Main Street | Suite 3000B | Houston | TX | 77002 | Unknown | Unknown | U | X |
| 66 | Pens Prospect Folder 2 | Magna Operating | 712 Main Street | Suite 3000B | Houston | TX | 77002 | Unknown | Unknown | U | X |
| 67 | Pheasant, North Buttermilk and Buttermilk Prospect | Hurd Enterprises | 7373 Broadway | Suite 200 | San Antonio | TX | 78209 | Unknown | Unknown | U | X |
| 68 | Phelan Prospect | Aurora Resources Corporation | 600 Leopard Street | Suite 1012 | Corpus Christi | TX | 78401 | Unknown | Unknown | U | X |
| 69 | Pluto 27-1 Re-Entry Prospect | SAM Oil | 9027 Musgrave Street | | | | | Unknown | Unknown | U | X |
| 70 | Post Montgomery Prospect_ 431-1 | Reatta | P. O. Box 10727 | | Midland | TX | 79702 | Unknown | Unknown | U | X |
| 71 | Post Montgomery Prospect_ Financial and Production Repo | Reatta | P. O. Box 10727 | | Midland | TX | 79702 | Unknown | Unknown | U | X |
| 72 | Post Montgomery Prospect_ Land and Geological | Reatta | P. O. Box 10727 | | Midland | TX | 79702 | Unknown | Unknown | U | X |
| 73 | Rapp Prospect | Buffalo Natural Gas, LTD | 500 North Shoreline, Suite 1008N | | Corpus Christ | TX | 78471 | Unknown | Unknown | U | X |
| 74 | Rocking Chair Ranch #2 Prospect _ McLaughlin B2 | Paint Rock Operating, LLC | 2137 Office Park Drive | Suite A | San Angelo | TX | 76904 | Unknown | Unknown | U | X |
| 75 | Rushing Prospect | Eastern Shelf Exploration | 9405 Crowley Road "C" | | Fort Worth | TX | 76134 | Unknown | Unknown | U | X |
| 76 | S.E. Rankin Prospect _ "Univesity 1-4" | Shanee Oil Co., Inc | 401 West Texas | Suite 404 | Midland | TX | 79701 | Unknown | Unknown | U | X |
| 77 | School Prospect | Esenjay Petroleum Corporation | 500 North Water Street, Suite 1100 South | | Corpus Christi | TX | 78471 | Unknown | Unknown | U | X |
| 78 | Scout Blessing Prospect | KEBO Oil & Gas | 607 Railroad Avenue | | Portland | TX | 78374 | Unknown | Unknown | U | X |
| 79 | Seabiscuit Prospect | Gedd Inc. | 802 N. Carancahua St, Suite 1010 | | Corpus Christi | TX | 78401 | Unknown | Unknown | U | X |
| 80 | Shepard's Chanel Prospect _ St. Johns Lumber #1 Well | MTBB Acquisition Company, LLC | 1206 West Avenue A | | Temple | TX | 76504 | Unknown | Unknown | U | X |
| 81 | South Call Prospect | Seely Oil Company | 815 West Tenth Street | | Fort Worth | TX | 76102 | $ 43,000.00 | Unknown | U | X |
| 82 | Split River Prospect (San Jac & Lazy M & WX deep) | GeoPetra Energy, LLC | 5605 N MacArthur Blvd | Suite 720 | Irving | TX | 75038 | $ 134,508.50 | Unknown | U | X |
| 83 | Springer Ranch Prospect | Salida Exploration, LLC | 310 N. Willis | Suite 236 | Abilene | TX | 79603 | Unknown | Unknown | U | X |
| 84 | State Tract 974 #3 | Mego Resources, LLC | P.O. Box 194 | | Taft | TX | 78389 | Unknown | Unknown | U | X |
| 85 | State Tract 974 & 975 | Mego Resources, LLC | P.O. Box 194 | | Taft | TX | 78389 | Unknown | Unknown | U | X |
| 86 | State Tract 975 - #2 | Mego Resources, LLC | P.O. Box 194 | | Taft | TX | 78389 | Unknown | Unknown | U | X |
| 87 | State Tract 975 #3 | Mego Resources, LLC | P.O. Box 194 | | Taft | TX | 78389 | Unknown | Unknown | U | X |
| 88 | Tepetate Prospect_"Daniel Fruge #1" | Zachary Exploration | 300 Convent Street, Suite 2800 | | San Antonio | TX | 78205-3709 | Unknown | Unknown | U | X |
| 89 | Thomerson Prospect | Easter Shelf Exploration | 9405 Crowley Road "C" | | Fort Worth | TX | 76134 | Unknown | Unknown | U | X |
| 90 | Vallecitos Basin Oil Prospect | United West Exploration | 475 Seventh Street | Suite 1240 | Denver | CO | 80202 | Unknown | Unknown | U | X |
| 91 | Van Field Prospect - T.J. Vineyard #1 | Graward Operating | 227 South College | | Tyler | TX | 75702 | Unknown | Unknown | U | X |
| 92 | West Bosco Prospect | Cypress Drilling | 313 West Main Street | | Azle | TX | 76020 | Unknown | Unknown | U | X |
| 93 | West Mountain View Prospect | Termo Company | 3275 Cherry Avenue | | Long Beach | CA | 90807 | Unknown | Unknown | U | X |
| 94 | West Speaks Prospect | Esenjay Petroleum Corporation | 500 North Water Street, Suite 1100 South | | Corpus Christi | TX | 78471 | Unknown | Unknown | U | X |

| NO. | PROSPECT/PROPERTY NAME | OPERATOR | Address1 | Address2 | City | State | ZIP | Claim Amount | Value | Contingent Unliquidated Disputed | Subject to Setoff Rights |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 95 | West Speaks Prospect - B&D #1 | Esenjay Petroleum Corporation | 500 North Water Street, Suite 1100 South | | Corpus Christi | TX | 78471 | Unknown | Unknown | U | X |
| 96 | Wharton 5 Prospect _"Spicewood" | Spicewood Operating Company, LLC | 19019 Hwy 71 West | | Spicewood | TX | 78669 | Unknown | Unknown | U | X |
| | 2016 (XII) Wharton 5 Pierce 4 #1 Wharton TX | Spicewood Operating Co., LLC | 19019 Hwy 71 West | | Spicewood | TX | 78669 | $ 63,690.00 | Unknown | U | X |
| | 2016 (XII) Wharton 5 Pierce 6 #1 Wharton TX | Spicewood Operating Co., LLC | 19019 Hwy 71 West | | Spicewood | TX | 78669 | $ 63,107.00 | Unknown | U | X |
| | 2016 (XII) Wharton 5 Pierce 5 #1 Wharton TX | Spicewood Operating Co., LLC | 19019 Hwy 71 West | | Spicewood | TX | 78669 | $ 81,170.00 | Unknown | U | X |
| 97 | Wheeler Wilcox Prospect | Mego Resources, LLC | P.O. Box 194 | | Taft | TX | 78389 | Unknown | Unknown | U | X |
| 98 | White Point Prospect * San Patricio State Tract 975 - South # | Mego Resources, LLC | P.O. Box 194 | | Taft | TX | 78389 | Unknown | Unknown | U | X |
| 99 | Woodward '56' Prospect / Millar 47 #5 Prospect - Land & Ge | Reatta Energy | P. O. Box 10727 | | Midland | TX | 79702 | Unknown | Unknown | U | X |
| 100 | Zacky Farms Prospect | Termo Company | 3275 Cherry Avenue | | Long Beach | CA | 90807 | Unknown | Unknown | U | X |
| | | | | | | | | $ 1,672,736.20 | | | |